Pending_Fee

# Mississippi Electronic Courts
## Nineteenth Circuit Court District (Greene Circuit Court)
## CIVIL DOCKET FOR CASE #: 21CI1:25-cv-00176-KJ

Dansby v. Royal Carriers, Inc. et al
Assigned to: Kathy King Jackson

**Upcoming Settings:**

None Found

Date Filed: 12/18/2025
Current Days Pending: 77
Total Case Age: 77
Jury Demand: None
Nature of Suit: Negligence - Motor Vehicle (182)

---

**Plaintiff**

**Donte Dansby**

represented by **Lauren Elizabeth Cavalier**
Dudley DeBosier
1075 Government St.
70802
BATON ROUGE, LA 70802
225-478-4242
Fax: 225-478-4292
Email: lcavalier@dudleydebosier.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Royal Carriers, Inc.**

represented by **Michael Joseph Cefalu**
Chartwell Law
200 West Jackson Street
Suite 200
RIDGELAND, MS 39158
601-893-4824
Fax: 610-666-7704
Email: mcefalu@chartwelllaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rajinder Singh**

| Date Filed | # | Docket Text |
|---|---|---|
| 12/18/2025 | 1 | Civil Cover Sheet. (Attachments: # 1 Cover Letter,) (Stedman, Makalyn) (Entered: 12/18/2025) |
| 12/18/2025 | 2 | COMPLAINT against Royal Carriers, Inc. (TX Corporation), Rajinder Singh, filed by Donte Dansby. (Stedman, Makalyn) (Entered: 12/18/2025) |
| 12/18/2025 | 3 | SUMMONS Issued to Royal Carriers, Inc. (TX Corporation). (Stedman, Makalyn) (Entered: 12/18/2025) |

EXHIBIT A

| 12/18/2025 | 4 | SUMMONS Issued to Rajinder Singh. (Stedman, Makalyn) (Entered: 12/18/2025) |
| 12/18/2025 | 5 | PAYMENT - Amount Received: $159.00. Remarks: Dudley Debosier Injury Lawyers, Check# 501842. (Stedman, Makalyn) (Entered: 12/18/2025) |
| 02/25/2026 | 6 | SUBPOENA RETURNED Unexecuted re 4 Summons Issued by Donte Dansby. (Cavalier, Lauren) (Entered: 02/25/2026) |
| 02/26/2026 | 7 | DOCKET ANNOTATION as to 6 : affidavit of service/nonservice must be accompanied by subpoena being served. (Bounds, Cecelia) (Entered: 02/26/2026) |
| 02/26/2026 | 8 | SUMMONS RETURNED UNEXECUTED by Donte Dansby as to Rajinder Singh. (Cavalier, Lauren) (Entered: 02/26/2026) |
| 02/26/2026 | 9 | NOTICE OF SERVICE of Request for Admissions Propounded to Plaintiff, NOTICE OF SERVICE of Request for Production of Documents Propounded to Plaintiff by Royal Carriers, Inc.. (Dunnells, Christopher) (Entered: 02/26/2026) |
| 02/26/2026 | 10 | NOTICE of Appearance by Michael Joseph Cefalu on behalf of Royal Carriers, Inc. (Cefalu, Michael) (Entered: 02/26/2026) |

## MEC Service Center

### Transaction Receipt

03/05/2026 14:33:28

**You will be charged $0.20 per page to view or print documents.**

| MEC Login: | cd105029M | Client Code: | |
| Description: | Docket Report | Search Criteria: | 21CI1:25-cv-00176-KJ |
| Billable Pages: | 2 | Cost: | 0.40 |

# COVER SHEET
## Civil Case Filing Form
*(To be completed by Attorney/Party Prior to Filing of Pleading)*

| Court Identification Docket # | | | | Case Year | Docket Number |
|---|---|---|---|---|---|
| 21 | CI | | | 2025 | 176 |
| County # | Judicial District | Court ID (CH, CI, CO) | | | KJ |
| | | | | | Local Docket ID |

Mississippi Supreme Court    Form AOC/01
Administrative Office of Courts    (Rev 2020)

| Month | Date | Year |
|---|---|---|
| 12 | 18 | 25 |

This area to be completed by clerk

Case Number if filed prior to 1/1/94

In the **CIRCUIT**    Court of **GREENE**    County — __    Judicial District

## Origin of Suit (Place an "X" in one box only)
[X] Initial Filing
[ ] Remanded
[ ] Reinstated
[ ] Reopened
[ ] Foreign Judgment Enrolled
[ ] Joining Suit/Action
[ ] Transfer from Other court
[ ] Appeal
[ ] Other

## Plaintiff - Party(ies) Initially Bringing Suit Should Be Entered First - Enter Additional Plaintiffs on Separate Form

**Individual**  Dansby / Donte

Last Name / First Name / Maiden Name, if applicable / M.I. / Jr/Sr/III/IV

___ Check ( x ) if Individual Plaintiff is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check ( x ) if Individual Plaintiff is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity
D/B/A or Agency ___

**Business** ___
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Plaintiff is filing suit in the name of an entity other than the above, and enter below:
D/B/A ___

**Address of Plaintiff**  2970 McVay Dr., Apt. 1107, Mobile, AL 36606

**Attorney (Name & Address)**  Lauren Cavalier, 1075 Government St., Baton Rouge, LA 70802    **MS Bar No.** 105114

___ Check ( x ) if Individual Filing Initial Pleading is NOT an attorney
Signature of Individual Filing: ___

## Defendant - Name of Defendant - Enter Additional Defendants on Separate Form

**Individual** ___

Last Name / First Name / Maiden Name, if applicable / M.I. / Jr/Sr/III/IV

___ Check ( x ) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:
Estate of ___

___ Check ( x ) if Individual Defendant is acting in capacity as Business Owner/Operator (d/b/a) or State Agency, and enter entity:
D/B/A or Agency ___

**Business**  Royal Carriers, Inc. (TX corporation)
Enter legal name of business, corporation, partnership, agency - If Corporation, indicate the state where incorporated

___ Check ( x ) if Business Defendant is acting in the name of an entity other than the above, and enter below:
D/B/A ___

**Attorney (Name & Address) - If Known** ___    **MS Bar No.** ___

___ Check ( x ) if child support is contemplated as an issue in this suit.*
*If checked, please submit completed Child Support Information Sheet with this Cover Sheet

## Nature of Suit (Place an "X" in one box only)

**Domestic Relations**
[ ] Child Custody/Visitation
[ ] Child Support
[ ] Contempt
[ ] Divorce:Fault
[ ] Divorce: Irreconcilable Diff.
[ ] Domestic Abuse
[ ] Emancipation
[ ] Modification
[ ] Paternity
[ ] Property Division
[ ] Separate Maintenance
[ ] Term. of Parental Rights-Chancery
[ ] UIFSA (eff 7/1/97; formerly URESA)
[ ] Other ___

**Appeals**
[ ] Administrative Agency
[ ] County Court
[ ] Hardship Petition (Driver License)
[ ] Justice Court
[ ] MS Dept Employment Security
[ ] Municipal Court
[ ] Other ___

**Business/Commercial**
[ ] Accounting (Business)
[ ] Business Dissolution
[ ] Debt Collection
[ ] Employment
[ ] Foreign Judgment
[ ] Garnishment
[ ] Replevin
[ ] Other ___

**Probate**
[ ] Accounting (Probate)
[ ] Birth Certificate Correction
[ ] Mental Health Commitment
[ ] Conservatorship
[ ] Guardianship
[ ] Joint Conservatorship & Guardianship
[ ] Heirship
[ ] Intestate Estate
[ ] Minor's Settlement
[ ] Muniment of Title
[ ] Name Change
[ ] Testate Estate
[ ] Will Contest
[ ] Alcohol/Drug Commitment (involuntary)

**Children/Minors - Non-Domestic**
[ ] Adoption - Contested
[ ] Adoption - Uncontested
[ ] Consent to Abortion
[ ] Minor Removal of Minority
[ ] Other ___

[ ] Alcohol/Drug Commitment (voluntary)
[ ] Other ___

**Civil Rights**
[ ] Elections
[ ] Expungement
[ ] Habeas Corpus
[ ] Post Conviction Relief/Prisoner
[ ] Other ___

**Contract**
[ ] Breach of Contract
[ ] Installment Contract
[ ] Insurance
[ ] Specific Performance
[ ] Other ___

**Statutes/Rules**
[ ] Bond Validation
[ ] Civil Forfeiture
[ ] Declaratory Judgment
[ ] Injunction or Restraining Order
[ ] Other ___

**Real Property**
[ ] Adverse Possession
[ ] Ejectment
[ ] Eminent Domain
[ ] Eviction
[ ] Judicial Foreclosure
[ ] Lien Assertion
[ ] Partition
[ ] Tax Sale: Confirm/Cancel
[ ] Title Boundary or Easement
[ ] Other ___

**Torts**
[ ] Bad Faith
[ ] Fraud
[ ] Intentional Tort
[ ] Loss of Consortium
[ ] Malpractice - Legal
[ ] Malpractice - Medical
[ ] Mass Tort
[ ] Negligence - General
[X] Negligence - Motor Vehicle
[ ] Premises Liability
[ ] Product Liability
[ ] Subrogation
[ ] Wrongful Death
[ ] Other ___

IN THE <u>CIRCUIT</u> COURT OF <u>GREENE</u> COUNTY, MISSISSIPPI

_____ JUDICIAL DISTRICT, CITY OF _____

Docket No._____ - _____ _____    Docket No. If Filed
           File Yr      Chronological No.    Clerk's Local ID     Prior to 1/1/94 _____

### DEFENDANTS IN REFERENCED CAUSE - Page 1 of ___ Defendants Pages
### IN ADDITION TO DEFENDANT SHOWN ON CIVIL CASE FILING FORM COVER SHEET

**Defendant #2:**

**Individual**: <u>Singh</u> _____ <u>Rajinder</u> _____ ( _____ ) _____ _____
            Last Name          First Name     Maiden Name, if Applicable   Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #3:**

**Individual**: _____ _____ ( _____ ) _____ _____
            Last Name          First Name     Maiden Name, if Applicable   Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the name above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

**Defendant #4:**

**Individual**: _____ _____ ( _____ ) _____ _____
            Last Name          First Name     Maiden Name, if Applicable   Middle Init.    Jr/Sr/III/IV

___Check (✓) if Individual Defendant is acting in capacity as Executor(trix) or Administrator(trix) of an Estate, and enter style:

Estate of _____

___Check (✓) if Individual Defendant is acting in capacity as Business Owner/Operator (D/B/A) or State Agency, and enter that name below:

D/B/A _____

**Business** _____
        Enter legal name of business, corporation, partnership, agency - If Corporation, indicate state where incorporated

___Check (✓) if Business Defendant is being sued in the name of an entity other than the above, and enter below:

D/B/A _____

ATTORNEY FOR THIS DEFENDANT: _____ Bar # or Name: _____ *Pro Hac Vice* (✓)___ Not an Attorney(✓)___

## IN THE CIRCUIT COURT OF
## GREENE COUNTY, MISSISSIPPI



DEC 18 2025

Cecelia Bounds, Circuit Clerk
By_____, D.C.

**DONTE' DANSBY**                                        **PLAINTIFF**

**CIVIL ACTION NO.:** 25-cv-176KJ

**ROYAL CARRIERS, INC. AND**
**RAJINDER SINGH**                                      **DEFENDANTS**

---

### COMPLAINT FOR DAMAGES

#### Trial by Jury Requested

---

Comes now the Plaintiff, **DONTE' DANSBY**, and files this complaint against the

Defendants, **ROYAL CARRIERS, INC.** and **RAJINDER SINGH**, and would respectfully show

unto the Court the following facts, to-wit:

### PARTIES

1.     Plaintiff, **DONTE' DANSBY**, is an adult resident citizen of Mobile County,

Alabama.

2.     Defendant, **ROYAL CARRIERS, INC.**, is a foreign corporation domiciled in the

State of Texas, who may be served through their registered agent, Vithal Bogale, 2201 W. William

Cannon Drive, Apartment 207, Austin, Texas, 78745.

3.     Defendant, **RAJINDER SINGH**, is an adult resident citizen of Dallas County,

Texas, who may be served at his place of residence, 10951 Stone Canyon Road, Apartment 236,

Dallas, Texas, 75230.

1

## JURISDICTION AND VENUE

3.      Jurisdiction and venue are proper in Greene County Circuit Court, which has *in personam* jurisdiction over Defendants because the negligent acts and omissions of Defendants were committed in whole or in part in the State of Mississippi.

4.      Venue is proper in Greene County, Mississippi, pursuant to Miss. Code Ann. §11-11-3 because a substantial event that caused the Plaintiff's injury occurred in Greene County.

## FACTS

5.      On or about January 22, 2025, at approximately 1:13 a.m., Plaintiff, **DONTE' DANSBY ("DANSBY")**, was the owner and operator of a 2015 Dodge Challenger traveling east on Mississippi Highway 98 in the left lane, in Greene County, Mississippi.

6.      At approximately the same time and place, Defendant **RAJINDER SINGH ("SINGH")** was operating a 2019 Volvo Medium/Heavy truck owned by Defendant, **ROYAL CARRIERS, INC. ("ROYAL CARRIERS")** and/or an affiliate and/or subsidiary thereof.

7.      **SINGH** was traveling east on Mississippi Highway 98 in the right lane, next to the **DANSBY** vehicle.

8.      **DANSBY** was driving slowly due to weather conditions and lack of any street lights.

9.      **SINGH** attempted to speed up the **ROYAL CARRIERS** vehicle to pass **DANSBY** in the right-hand lane; however, **SINGH** did not take the conditions into consideration and lost control of the vehicle, which he jackknifed into **DANSBY**'s lane of travel.

10.     **SINGH** slammed into the side of the **DANSBY** vehicle.

11. As a direct proximate result of the careless, reckless, and negligent acts of **SINGH**, Plaintiff suffered injuries to his person and property, and other damages.

12. Plaintiff, **DONTE' DANSBY,** would show that he suffered multiple serious injuries, including but not limited to injuries to his neck and back.

## NEGLIGENCE OF DRIVER RAJINDER SINGH

13. This wreck was caused by one or more of the following acts of gross and reckless negligence on the part of **RAJINDER SINGH:**

    a. By failing to keep and maintain a proper lookout;

    b. By failing to keep and maintain his vehicle under free and easy control;

    c. By operating a vehicle in a manner as to indicate willful and wanton disregard for the safety of others;

    d. By operating a vehicle in a manner unsafe for the current conditions;

    e. By running into **DONTE' DANSBY's** vehicle from the side;

    f. By following too closely;

    g. By failing to comply with Mississippi Traffic Regulations and Rules of the Road;

    h. By driving while distracted;

    i. By violating Mississippi Code Annotated section 63-3-1213 for careless driving;

    j. By violating Mississippi Code Annotated section 63-3-1201 for reckless driving;

    k. By violating other Mississippi state statutes and rules of the road; and

l.   Any other general acts of negligence that may exist but may not be known until discovery is completed.

## DAMAGES

13.    As a proximate result of the negligence of **RAJINDER SINGH**, Plaintiff has suffered damages, including but not limited to:

   a.   Past, present, and future physical injuries;

   b.   Past, present, and future pain and suffering;

   c.   Past, present, and future mental anguish;

   d.   Past, present, and future medical bills and expenses;

   e.   Lost earnings/wages (past and future);

   f.   Loss of earning capacity;

   g.   Past, present, and future loss of enjoyment of life;

   h.   Permanent physical impairment and/or permanent disfigurement;

   i.   Rental and travel expenses; and

   j.   Other elements of damages developed during discovery and/or demonstrated with particularity at the trial of this matter.

14.    At the time of the collision, **SINGH**, was working for **ROYAL CARRIERS, INC.**

15.    **SINGH** was driving the **ROYAL CARRIERS** truck with permission and consent of his employer **ROYAL CARRIERS**, and he was acting within the course and scope of his employment for **ROYAL CARRIERS**.

16.    Plaintiff charges Defendant driver, **RAJINDER SINGH**, and **ROYAL CARRIERS, INC.** with negligence, since Defendant **SINGH** was acting within the scope and course of his employment with **ROYAL CARRIERS**.

4

## NEGLIGENCE OF ROYAL CARRIERS, INC.

13.    Because of the employment relationship, **ROYAL CARRIERS, INC.** is vicariously liable to **DONTE' DANSBY** for his harms and losses suffered due to **RAJINDER SINGH**'s negligence.

14.    Plaintiff alleges that as a direct and proximate result of the several acts of gross and reckless negligence of **RAJINDER SINGH**, he suffered the aforesaid injuries and damages.

15.    Moreover, **ROYAL CARRIERS, INC.** was negligent in the following ways:

a.    Negligent hiring and training;

b.    Negligently failing to supervise its employee and/or the driver;

c.    Negligent retention of the driver;

d.    Negligent entrustment;

e.    Failing to provide driver safety training courses to its employee and/or the driver;

f.    Failing to instruct its employee and/or the driver regarding safe driving habits;

g.    Failing to have a driver safety review board and training board;

h.    Failing to follow its own safety standards and industry safety standards;

i.    Failing to stress safe driving habits to its employee and/or the driver;

j.    Encouraging the employee's and/or the driver's unsafe driving habits to further its cause;

k.    Authorizing the driver to use a cell phone and/or other handheld electronic device while attempting to operate a vehicle;

l.  Failure to train the driver to maintain proper lookout, proper distance, proper speed, and proper control;

m.  Failure to train the driver on safe driving under hazardous conditions;

n.  Failure to train and prevent the driver from speeding;

o.  Negligent maintenance and/or repair;

p.  Lack of proper equipment including mechanical issues and inadequate tires and/or bad brakes;

q.  Violation of its policies and procedures and company standards;

r.  Negligence *per se*; and

s.  Any other general acts of negligence that may exist but may not be known until discovery is completed.

  **WHEREFORE, PREMISES CONSIDERED**, Plaintiff, **DONTE' DANSBY**, sues and demands judgment of and from the Defendants, **ROYAL CARRIERS, INC.** and **RAJINDER SINGH**, and requests this Honorable Court award damages against the Defendants to Plaintiff for accrued and future medical expenses, physical injuries, past pain, suffering and mental anguish, accrued medical expenses, lost earnings, rental and travel expenses, and other damages both general and specific, in an amount to be determined, reasonably believed to be in excess of this Court's jurisdictional minimum. Plaintiff prays for general relief along with all attorney's fees, costs, and expenses incurred in bringing this action, and such other relief as this Honorable Court deems just.

This the 12th day of December, 2025.

Respectfully Submitted,
DONTE' DANSBY

By: _____

LAUREN E. CAVALIER
Attorney for Plaintiff

OF COUNSEL:

LAUREN CAVALIER (MSB #105114)
lcavalier@dudleydebosier.com
DUDLEY DeBOSIER, APLC
1075 Government St.
Baton Rouge, Louisiana 70802
Telephone:    (225) 478-4242
Facsimile:    (225) 478-4292
ATTORNEY FOR PLAINTIFF

### IN THE CIRCUIT COURT OF
### GREENE COUNTY, MISSISSIPPI

**DONTE' DANSBY**                                                    **PLAINTIFF**

CIVIL ACTION NO.: 25-cv-176KJ

**ROYAL CARRIERS, INC. AND**
**RAJINDER SINGH**                                                   **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    Royal Carriers, Inc.
       Through their registered agent,
       Vithal Bogale
       2201 W. William Cannon Dr., Apt. 207
       Austin, TX 78745

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Lauren Cavalier, the attorney for the Plaintiff, whose street address is 1075 Government Street,
Baton Rouge, LA 70802. Your response must be mailed or delivered within (30) days from the
date of delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 18th day of December ,
2025.

Cecelia Bounds
Clerk of Greene County,
Mississippi

By: Makalem Stedman
Deputy Clerk



# IN THE CIRCUIT COURT OF
# GREENE COUNTY, MISSISSIPPI

**DONTE' DANSBY**                                                      **PLAINTIFF**

CIVIL ACTION NO.: 25-cv-176 KJ

**ROYAL CARRIERS, INC. AND**
**RAJINDER SINGH**                                          **DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:    Rajinder Singh
       10951 Stone Canyon Rd., Apt. 236
       Dallas, TX 75230

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Lauren Cavalier, the attorney for the Plaintiff, whose street address is 1075 Government Street,
Baton Rouge, LA 70802. Your response must be mailed or delivered within (30) days from the
date of delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 18th day of December,
2025

Cecelia Rounds
Clerk of Greene County,
Mississippi

By Malalyn Stedman
Deputy Clerk


(Seal)

FEE BILL, CIVIL CASES, CIRCUIT COURT

State of Mississippi
GREENE COUNTY

Case # 25-CV-176 KJ    Acct #         Paid By CHECK 501842    Rct#   9281
--------------------------------------------------------------------------

| | |
|---|---:|
| CV-CLERK FEE | 85.00 |
| CV-JURY TAX | 3.00 |
| CV-COURT REPORTER | 10.00 |
| CV-LAW LIB | 2.50 |
| CV-SCEF | 2.00 |
| CV-COURT CONSTITUENTS | .50 |
| CV-LEGAL ASSISTANCE | 5.00 |
| CV-ELECTRONIC FILING | 10.00 |
| CV-ARCHIVES | 1.00 |
| CV-JUDCIAL SYS OPERATION FUND | 40.00 |

```
                                   ===========
                           Total   $   159.00
```
--------------------------------------------------------------------------

Payment received from DUDLEY DEBOSIER INJURY LAWYERS
                      1075 GOVERNMENT ST

              BATON ROUGE      LA 70802

Transaction  34724 Received 12/18/2025 at 11: 9 Drawer   1 I.D. MJS

Current Balance Due        $0.00           Receipt Amount $    159.00

By _____ D.C.   Cecelia Bounds, Circuit Clerk

Case # 25-CV-176 KJ    Acct #         Paid By CHECK 501842    Rct#   9281

RECEIVED THIS 21*st* DAY OF _San._, 2026.

BY_____
SHERIFF

### SHERIFF'S RETURN

State of Texas
County of Dallas

( )    I personally delivered copies of the summons and complaint on
The _____ day of _____, 2026, to _____.

( )    After exercising reasonable diligence I was unable to deliver copies of the
summons and complaint to Rajinder Singh within Dallas County, Texas. I served the
summons and complaint on the____day of_____, 2026, at the usual place of
abode of said Rajinder Singh by leaving a true copy of the summons and complaint
with_____, who is the _____, a member of
the family of the person served above the age of sixteen years and willing to receive the
summons and complaint, and thereafter on the _____ day of_____, 2026, I mailed (by
first class mail, postage prepaid) copies to the person served at his or her usual place of
abode where the copies were left.

(x)    I was unable to serve the summons and complaint this
The _____day of_____, 2026.

HENRY CURRY
CONSTABLE PCT. 3,
DALLAS COUNTY

_____
Sheriff of Dallas County,
Texas

*Not executed. Bad address*
*Per Leasing Specialist Celeste Hernandez*
*defendant moved 12/6/23*

By: _____ Deputy Sheriff
   *#774 #0860*
      *3734*

CONSTABLE HENRY CURRY
Dallas County Precinct 3
6820 LBJ Fwy. Ste. 1400,
Dallas, Texas 75240
(214) 904-3160

*2/13/2026*

Shirley  Johnson
My Commission Expires
2/5/2029
Notary ID 129053389



## OFFICERS RETURN OF SERVICE

Case Number: 25-00-176KJ

On 21st day of Jan., 2026 at 3:50 o'clock P. m., the following document(s) came to hand from Donte'Dansby _____ (Plaintiff), to be served on Rajinder Singh _____ (Defendant(s) at the location of

_____.

I, M.Osborne _____ (Badge # 3734 ), a Licensed Peace Officer, authorized to serve civil process in the State of Texas, and in my capacity as Deputy Constable, employed by Henry Curry, Constable Precinct 3, Dallas County, Texas, caused a true copy of the Summons _____

in the above captioned matter to be served the _____ day of _____, 20_____, at _____ o'clock, AM / PM. By delivering to _____

at _____.

If UNSERVED – Unable to serve due to: Bad Address, Per leasing Specialist Celeste Hernandez. Defendant moved 12/6/23

THEREFORE, I AM EXECUTING THIS DECLARATION AS PART OF MY ASSIGNED DUTIES AND RESPONSIBILITIES. I DECLARE THAT UNDER THE PENALTY OF PERJURY, AND PURSUANT TO SECTION 132.001, OF THE TEXAS CIVIL PRACTICES & REMEDIES CODE, THAT THE INFORMATION PROVIDED BY ME IN THIS SWORN STATEMENT, IS TRUE AND CORRECT.

Service Fee: $80.00 Signature: Deputy Constable M.Osborne / M.Osborne ] Badge# 3734

Texas Notary (For Out of State Officer Returns)

SUBSCRIBED and SWORN before me on this 13 day of February, 20 26.

_____
Notary Public in and for Dallas County, Texas

(Seal)

Shirley Johnson
My Commission Expires
2/5/2029
Notary ID129053389

My Commission Expires: _____

HENRY CURRY
CONSTABLE PCT. 3,
DALLAS COUNTY

6820 Lyndon B. Johnson Frwy. Ste. 1400,
Dallas, Texas 75240

Office: 214-904-3160
Fax: 214-904-3170

Constable3.General@dallascounty.org

Por Leasing Specialist
Celeste Hernandez,
Defendant moved
12/6/23

1/23 @ 10 ifo 3734

## IN THE CIRCUIT COURT OF
## GREENE COUNTY, MISSISSIPPI

**DONTE' DANSBY**

**PLAINTIFF**

**CIVIL ACTION NO.:** 25-cv-176 KJ

**ROYAL CARRIERS, INC. AND
RAJINDER SINGH**

**DEFENDANTS**

### SUMMONS

THE STATE OF MISSISSIPPI

TO:   Rajinder Singh
      10951 Stone Canyon Rd., Apt. 236
      Dallas, TX 75230

### NOTICE TO DEFENDANT

THE COMPLAINT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT AND
YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS.

You are required to mail or hand-deliver a copy of a written response to the Complaint to
Lauren Cavalier, the attorney for the Plaintiff, whose street address is 1075 Government Street,
Baton Rouge, LA 70802. Your response must be mailed or delivered within (30) days from the
date of delivery of this summons and complaint or a judgment by default will be entered against
you for the money or other things demanded in the complaint.

You must also file the original of your response with the Clerk of this Court within a
reasonable time afterward.

Issued under my hand and the seal of said Court, this 18th day of December,
2025

Cecelia Bounds
Clerk of Greene County,
Mississippi

By: Makalyn Stedman
Deputy Clerk.



RECEIVED THIS _21st_ DAY OF _Jan._, 2026.

BY_____
SHERIFF

## SHERIFF'S RETURN

State of Texas
County of Dallas

( )    I personally delivered copies of the summons and complaint on
The _____ day of _____, 2026, to _____.

( )    After exercising reasonable diligence I was unable to deliver copies of the summons and complaint to Rajinder Singh within Dallas County, Texas. I served the summons and complaint on the____day of_____, 2026, at the usual place of abode of said Rajinder Singh by leaving a true copy of the summons and complaint with_____, who is the _____, a member of the family of the person served above the age of sixteen years and willing to receive the summons and complaint, and thereafter on the _____ day of_____, 2026, I mailed (by first class mail, postage prepaid) copies to the person served at his or her usual place of abode where the copies were left.

(✓)    I was unable to serve the summons and complaint this
The _____day of_____, 2026.

HENRY CURRY
CONSTABLE PCT. 3,
DALLAS COUNTY
_____
Sheriff of Dallas County, Texas

_Not executed. Bad address_

_Per Leasing specialist Celeste Hernandez_
_defendant moved 12/6/23_      By: _____ Deputy Sheriff
3784

CONSTABLE HENRY CURRY
Dallas County Precinct 3
6820 LBJ Fwy. Ste. 1400,
Dallas, Texas 75240
(214) 904-3160

2/13/2026

Shirley Johnson
My Commission Expires
2/5/2029
Notary ID129053389



Constable Henry Curry

Precinct 3, Dallas County

## OFFICERS RETURN OF SERVICE

Case Number: 25-00-176KJ

On _21st_ day of _Jan._ , 20_26_ at _3:50_ o'clock _P_ . m., the following document(s) came to hand from _Donte'Dansby_ _____ (Plaintiff), to be served on _Rajinder Singh_ _____ (Defendant(s) at the location of _____ .

I, _M.Osborne_ (Badge # _3734_ ), a Licensed Peace Officer, authorized to serve civil process in the State of Texas, and in my capacity as Deputy Constable, employed by Henry Curry, Constable Precinct 3, Dallas County, Texas, caused a true copy of the _Summons_ _____

in the above captioned matter to be served the _____ day of _____ , 20_____, at _____ o'clock, AM / PM.

By delivering to _____

at _____ .

If UNSERVED – Unable to serve due to: _Bad Address, Per leasing Specialist Celeste Hernandez. Defendant moved 12/6/23_ _____

THEREFORE, I AM EXECUTING THIS DELCARATION AS PART OF MY ASSIGNED DUTIES AND RESPONSIBILITIES. I DECLARE THAT UNDER THE PENALTY OF PERJURY, AND PURSUANT TO SECTION 132.001, OF THE TEXAS CIVIL PRACTICES & REMEDIES CODE, THAT THE INFORMATION PROVIDED BY ME IN THIS SWORN STATEMENT, IS TRUE AND CORRECT.

Service Fee: $ _80.00_ Signature: Deputy Constable _M.Osborne / M.Osborne_ ] Badge # _3734_

Texas Notary *(For Out of State Officer Returns)*

SUBSCRIBED and SWORN before me on this _13_ day of _February_ , 20 _26_ .

Notary Public in and for Dallas County, Texas

My Commission Expires: _____

(Seal)

Shirley Johnson
My Commission Expires
2/5/2029
Notary ID129053369

HENRY CURRY
CONSTABLE PCT. 3,
DALLAS COUNTY

2026 JAN 21 PM 3:50
DALLAS COUNTY
CONSTABLE PCT. 3

6820 Lyndon B. Johnson Frwy. Ste. 1400,
Dallas, Texas 75240

Office:  214-904-3160
Fax:     214-904-3170

Constable3.General@dallascounty.org

1/23 @ 10:40 3734

Per Leasing Specialist
Celeste Hernandez,
Defendant moved
12/6/23

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSISSIPPI

DONTE' DANSBY                                                    PLAINTIFF

VS.                                              CAUSE NO. CO2025-176

ROYAL CARRIERS, INC.
AND RAJINDER SINGH                                            DEFENDANTS

---

**NOTICE OF SERVICE OF DISCOVERY**

---

COMES NOW, Defendant Royal Carriers, Inc., by counsel, has served a true and correct copy of the following to all counsel of record:

1. *Royal Carriers, Inc.'s First Set of Requests for Production Propounded to Plaintiff; and*

2. *Royal Carriers, Inc.'s First Set of Requests for Admissions Propounded to Plaintiff*

The undersigned retains the original(s) of the above as custodian thereof.


Respectfully submitted,

BY: */s/ Christopher G. Dunnells*
OF COUNSEL


Christopher G. Dunnells, Esq. (MSB #105029)
Michael J. Cefalu, Esq. (MSB #106277)
CHARTWELL LAW
200 W. Jackson Street, Suite 200
Ridgeland, MS 39157
(Office) 601-277-6755
(Fax) 610-666-7704
cdunnells@chartwelllaw.com
mcefalu@chartwelllaw.com
*Attorneys for Defendant*

1

## <u>CERTIFICATE OF SERVICE</u>

I, the undersigned, hereby certify that I have this day electronically filed the foregoing with

the Clerk of the Court using the MEC system and sent notification of such filing to the following:

Lauren Cavalier, Esq.
DUDLEY DeBOSIER, APLC
1075 Government St.
Baton Rouge, Louisiana 70802
Email: lcavalier#dudleydebosier.com
*Attorney for Plaintiff*

THIS the 26th day of February 2026.

BY: *<u>/s/ Christopher G. Dunnells</u>*
        Christopher G. Dunnells

IN THE CIRCUIT COURT OF GREENE COUNTY, MISSISSIPPI

DONTE' DANSBY                                                                          PLAINTIFF

VS.                                                                    CAUSE NO. CO2025-176

ROYAL CARRIERS, INC.
AND RAJINDER SINGH                                                            DEFENDANTS

---

## NOTICE OF ENTRY OF APPEARANCE

---

COMES NOW, Michael J. Cefalu, of Chartwell Law, member in good standing and duly licensed member of the Mississippi Bar Association hereby enters his appearance as counsel of record on behalf of Defendants Royal Carriers, Inc. and Rajinder Singh and requests that all notices, pleadings, correspondence, and other papers filed or served in this action be directed to him. This appearance is for notice purposes only and all defenses and objections are reserved and not waived, including any service of process, jurisdictional and/or venue defenses.

THIS the 26th day of February 2026.

Respectfully submitted,

ROYAL CARRIERS, INC.
AND RAJINDER SINGH

BY:    s/ Michael J. Cefalu
OF COUNSEL

Christopher G. Dunnells, Esq. (MSB #105029)
Michael J. Cefalu, Esq. (MSB #106277)
CHARTWELL LAW
P.O. Box 3268
Ridgeland, Mississippi 39158-3268
Office: (601) 277-6880
Facsimile: (610) 666-7704
mcefalu@chartwelllaw.com
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I, Michael J. Cefalu, of counsel for Defendants herein, do hereby certify that I have this day electronically filed with the Clerk of Court using the MEC/ECF system a true and correct copy of the above and foregoing *Notice of Entry of Appearance* which has sent notification of such filing to all counsel of record.

THIS the 26th day of February 2026.

*s/ Michael J. Cefalu*
Michael J. Cefalu